## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RITA FLORIAN PINGREE,<br><br>        Plaintiff,<br><br>v.<br><br>UNIVERSITY OF UTAH and CAROLINE MILNE,<br><br>        Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS LEAVE TO REFILE THEIR MOTION**<br><br>Case No. 2:20-cv-00724-JNP-CMR<br><br>District Judge Jill N. Parrish |

Defendants University of Utah and Caroline Milne, represented by the same counsel, have filed separate motions for summary judgment in this action. ECF Nos. 108, 109. As Plaintiff Rita Florian Pingree observes in her motion to strike the motions, their motions substantially overlap in their statements of undisputed facts and legal arguments. The separate motions thus violate this court's standing order against multiple motions for summary judgment by defendants represented by the same counsel when the motions concern similar facts and raise similar legal arguments. ECF No. 11. Accordingly, the court **GRANTS** Pingree's motion. The court also **GRANTS** Defendants leave to file a consolidated motion for summary judgment no later than **December 27, 2024**. Should Defendants wish to file an overlength motion for summary judgment, they may confer with opposing counsel and file a motion with the court as appropriate.

Signed December 17, 2024.

BY THE COURT

Jill N. Parrish
United States District Court Judge